## John Brigham *vs.* William Burnham.

If parties to a submission to arbitration under the statute appear and are heard before the arbitrator, a judgment upon his award is not afterwards open to dispute, under Gen. Sts. c. 129, § 78.

CONTRACT upon a judgment rendered in the superior court in June 1859 upon the award of an arbitrator to whom the parties had submitted certain matters in controversy between them, under the statute.

At the trial in the superior court, before *Brigham*, J., without a jury, it appeared that both parties were heard before the arbitrator; but the defendant pleaded and offered to prove that the judgment on the award was obtained by default and without his knowledge; that the demands on which the judgment was obtained had already been paid and satisfied; and that the award was obtained by fraud. But the judge ruled that these facts if proved would be no defence, and found for the plaintiff. The defendant alleged exceptions.

*W. A. Abbott,* for the defendant.

*J. D. Thomson,* for the plaintiff.

BY THE COURT. The familiar rule that a judgment is conclusive between the parties, and cannot be avoided or impeached upon plea and proof, is not changed by Gen. Sts. c. 129, except in actions on "a judgment obtained by default and without the knowledge of the defendant." This case does not come within this provision. On the contrary, it appears that the party had notice of the proceedings before the arbitrator, and appeared before him and was heard on the subject matter embraced in the submission and award and the judgment rendered therein.

*Exceptions overruled.*